UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT<br><br>Plaintiff<br><br>v.<br><br>JORGE ROSADO BARBOSA and RAMPHIS ROSADO BARBOSA as known heirs of the Estate of EUFEMIA BARBOSA LUCIANO a/k/a EUFEMIA BARBOSA; John Doe and Jane Doe as unknown heirs of said Estate<br><br>Defendants | CIVIL NO.<br><br>Re: Foreclosure of Mortgage<br>In Rem |

**COMPLAINT**

TO THE HONORABLE COURT:

COMES NOW the United States Department of Housing and Urban Development, through the undersigned attorney, who respectfully alleges and prays as follows:

1. Jurisdiction of this action is conferred on this Court by 28 U.S.C. Sec. 1345, since plaintiff is an agency of the United States of America.

2. Plaintiff, which is organized and exists under the provisions of the Housing and Urban Development Act of 1965, 42 U.S.C. §3101 et seq., is the owner and holder of 2 promissory notes that affect the property described further below.

3. The first promissory note was executed for **$150,000.00,** with annual interest of 5.06%, dated April 2, 2012. *Exhibit 1.*

4. To secure the reverse mortgage obligation of said promissory note, a first mortgage deed

was executed on the same date, under the terms and conditions stipulated and agreed therein, through deed No. 105. *Exhibit 2.*

5. Also on April 2, 2012, a second note -for the same amount and interest of the first note- and a second mortgage deed were executed in favor of plaintiff as part of the transaction. *Exhibits 3 and 4*.

6. The debtor EUFEMIA BARBOSA LUCIANO a/k/a EUFEMIA BARBOSA passed away. Accordingly, the defendant party is composed by JORGE ROSADO BARBOSA and RAMPHIS ROSADO BARBOSA as known heirs of the Estate of EUFEMIA BARBOSA LUCIANO a/k/a EUFEMIA BARBOSA; John Doe and Jane Doe as unknown heirs of said Estate.

7. As stated by *P.R. Laws Ann.,* Article 1,578, (Sec. 11,021), within 30 days after service of summons, said heirs shall either accept or reject their shares on the above-mentioned estates.

8. The defendants have breached the Home Equity Conversion Mortgage in reference. As stated in the agreements, the mortgage loan will become due and payable after the death of the debtor. Accordingly, after the death of Ms. Barbosa, the loan was declared due and enforceable.

9. Therefore, the agreements are due in full, with a balance of **$161,177.70**, as to August 15, 2024, including the principal balance of $76,347.00, other charges and the fixed rate of 5.06%. Interest accrues on the principal amount of this debt at the rate of $24.55, per day. Said debt will continue increasing until its full satisfaction. *Exhibit 5 (Certificate of Indebtedness)*.

10. The obligation evidenced by the aforementioned notes is secured by the following property,

recorded before the PR Property Registry as follows, in the original Spanish language:

RÚSTICA: Porción de terreno radicada en el Barrio Machuelo Arriba de Ponce, Puerto Rico, compuesto de 643.71 metros cuadrados, en lindes por el NORTE, en una extensión de 17.67 metros, con la parcela que lleva la letra D; por el SUR, en una extensión de 2.48 metros, con María Quintina Matos; por el OESTE, en una extensión de 43.57 metros, con la Carretera De los Ausubos; y por el ESTE, en una extensión continua de tres medidas, una de 23.30 metros, otra de 24.21 metros y otra de 12.80 metros, con la misma María Quintana Matos. Contiene este solar una casa de madera de 16.22 pies conteniendo sala, comedor, dos cuartos dormitorios y cocina y otra casa en construcción de hormigón de 36 pies por 26 pies.

PROPERTY NO. 40,103, recorded at page 96 of volume 1,379 of Ponce Norte. Registry of the Property of Puerto Rico, Section I of Ponce. *Exhibit 6 (Title Search)*.

PRAYER

WHEREFORE, the plaintiff demands judgment as follows:

a) That defendants breached the contractual obligations claimed in this complaint;

b) All legal rights, titles and interests which the defendants may have in the property described in this complaint and any building or improvement thereon, be sold at public auction, as part of the judicial foreclosure of the mortgage liens securing each loan obligation;

c) That the defendants and all persons claiming or who may claim by, from or under them, be absolutely barred and foreclosed from all rights and equity of redemption in and to said loan security;

d) If the proceeds of said sale exceeds the sum of money to be paid to the plaintiff as aforesaid, any such excess be deposited with the Clerk of this Court, subject to further orders from the Court;

e) Once the property is auctioned and sold, it is requested to the Clerk of this Court to issue a writ addressed to the Registry of the Property, ordering the cancellation of the foreclosed mortgage(s) and of any other junior liens recorded therein;

f) For such further relief as in accordance with law and equity may be proper.

In San Juan, Puerto Rico, this 20th day of August 2026.

/s/ Juan Carlos Fortuño Fas
JUAN CARLOS FORTUÑO FAS
USDCPR 211913

FORTUÑO & FORTUÑO FAS, C.S.P.
P.O. BOX 3908
GUAYNABO, PR 00970
TEL. 787-751-5290
FAX. 787-751-6155
Email: dcfilings@fortuno-law.com

Jvm/1521.506